Alexis D. Malone SBN 236356
Law Office of Alexis D. Malone
333 Gellert Blvd. Suite 209
Daly City, CA 04015
Tel: 650-755-7000
Fax: 650-745-4252
adm@lexilaw.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| IN RE:<br><br> MICHAEL C. BURWELL-CALLERO, aka, Michael C. Burwell, aka Michael Burwell<br><br>and<br><br> KATHLEEN E. BURWELL CALLERO aka Kathleen E. Callero, aka Kathleen E. Barnes<br>DEBTORS<br>_____<br><br>MICHAEL C. BURWELL-CALLERO, aka, Michael C. Burwell, aka Michael Burwell<br><br>and<br><br> KATHLEEN E. BURWELL CALLERO aka Kathleen E. Callero, aka Kathleen E. Barnes<br> PLAINTIFFS<br>v.<br><br>BANK OF AMERICA, N.A. and BAYVIEW LOAN SERVICING, LLC<br><br>_____ | Case No.: 09-61448<br><br>Chapter 7 SJ  RLE<br><br>Hon. Stephen L. Johnson<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT FOR DAMAGES, CONTEMPT AGAINST BANK OF AMERICA, N.A., DOING BUSINESS AS BANK OF AMERICA HOME LOANS SERVICING, LP, BAYVIEW LOAN SERVICING , LLC AND FOR DECLARATIVE AND INJUNCTIVE RELIEF**<br><br>Date: September 25, 2012<br>Time: 1:00pm<br>Ctrm: 3099 |

Case: 09-61448    Doc# 79    Filed: 09/08/12    Entered: 09/08/12 14:38:03    Page 1 of 2
STIPULATION TO DISMISS

**STIPULATION TO DISMISS**

    IT IS HEREBY STIPULATED by and between Plaintiffs Michael C. Burwell-Callero and Kathleen E. Burwell- Callero, (collectively "debtors") and respondents Bank of America, N.A. ("Bank of America") and Bayview Loan Servicing, LLC (collectively "Respondents" and with Debtors, the "Parties"), by and through their respective counsel, that this complaint be dismissed with prejudice; each party to bear its own attorneys' fees and costs.

**STIPULATION**

    IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties identified herein and subject to the approval of the Court that: this complaint be dismissed with prejudice; each party to bear its own attorneys' fees and costs.

    **IT IS SO STIPULATED**.

Dated August 24, 2012        **LAW OFFICE OF ALEXIS D. MALONE**
Alexis D. Malone

By: /s/ Alexis D. Malone
      Alexis D. Malone
Attorney for Debtors
MICHAEL C. BURWELL-CALLERO and KATHLEEN E. BURWELL-CALLERO

Dated: August 24 , 2012      **BRYAN CAVE LLP**
C. Scott Greene
Andrea M. Hicks
Margarita Calpotura

By: /s/ Margarita Calpotura
      Margarita Calpotura
Attorneys for Respondent
BANK OF AMERICA, N.A.

Dated: August _24_, 2012      **EDWARD G. SCHLOSS LAW CORPORATION**
Edward G. Schloss

By: /s/ Edward G. Schloss
      Edward G. Schloss
Attorneys for Respondent
BAYVIEW LOAN SERVICING, LLC